**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| JAKARRIS HARPER #109891 | CIVIL ACTION NO. 19-0587 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CADDO CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 94), noting the lack of written objections by Plaintiff, and after an independent review of the record, having determined that the findings and recommendation of the Magistrate Judge are correct under the applicable law and deferring to the opportunity of the Magistrate Judge to judge the credibility of the witnesses;

**IT IS ORDERED** that Defendants' oral motion for judgment on partial findings (Record Document 91) is hereby **GRANTED**. Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**.

The Clerk of Court is instructed to close this case.

**THUS DONE AND SIGNED** in Shreveport, Louisiana on this 24th day of March, 2022.

*/s/ S. Maurice Hicks*
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT